# Court of Appeals
# of the State of Georgia

ATLANTA, April 18, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0325. JOE NEIL GLENN, JR. v. THE STATE.**

Joe Neil Glenn, Jr. has filed an application for discretionary appeal of the trial court's order denying his extraordinary motion for new trial. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The trial court entered its order denying Glenn's motion on January 20, 2022, and Glenn filed his application on March 30, 2022. Because this application was filed 69 days after entry of the order Glenn seeks to appeal, it is untimely, and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/18/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , Clerk.